UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TERESITA F. TAMAYO,

        Plaintiff,

vs.

STATE OF NEVADA, *et al.*,

        Defendants.

Case No.: 2:17-cv-00076-GMN-PAL

**ORDER**

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On January 11, 2017, the Court ordered Plaintiff to show good cause as to why this action should not be dismissed without prejudice for failure to satisfy the diversity requirements set forth in 28 U.S.C. § 1332. Plaintiff has failed to timely respond to the Court's Order.

**IT IS THEREFORE ORDERED** that the action is hereby dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to close this case.

**DATED** this __31__ day of January, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court